### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

JIM L. HOUSLEY                                               PLAINTIFF

       v.           Civil No. 05-3008

LARRY NORRIS, Director
Arkansas Department of Correction                           DEFENDANT

### ORDER

NOW on this 25th day of October 2005, comes on for consideration the Magistrate Judge's Report and Recommendation (document #18) in this matter, as well as the petitioner's pleading, entitled Objection to Magistrate Judge's Report and Recommendation (document #19),  and the Court, having carefully reviewed said documents, finds that the Report And Recommendation is sound in all respects; that the petitioner's objections thereto offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report And Recommendation is **adopted in toto.**

IT IS FURTHER ORDERED that, for the reasons set forth therein, the instant petition is **denied** and **dismissed with prejudice.**

IT IS SO ORDERED.

> **/s/ Jimm Larry Hendren**
> **JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**